JOHN HOWARD LATHAM, Respondent, *v.* MINNIE E. S. DE LOISELLE, Appellant.

*Latham* v. *de Loiselle*, 3 App. Div. 525, affirmed.
(Submitted January 20, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1896, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Wm. W. Scrugham* for appellant.

*John B. Pine* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., and MARTIN, J., not voting.

---

CORNELIUS BEECHER, Plaintiff, *v.* JOHN SCHUBACK, Respondent; HERMAN KERTSCHER et al., Impleaded, Appellants.

*Beecher* v. *Schuback*, 1 App. Div. 359, affirmed.
(Argued January 23, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1896, upon an order affirming a judgment entered upon the report of a referee.

*Henry W. Smith* and *John C. Coleman* for appellants.

*Charles B. Meyer*, for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.